

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00154-CR

Marilynn Meade **MEDINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11281
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: June 12, 2019

DISMISSED FOR LACK OF JURISDICTION

Appellant appeals from the trial court's "Order Modifying and Extending Community Supervision." This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

On May 7, 2019, appellant was ordered to show cause on or before June 6, 2019, why this appeal should not be dismissed for lack of jurisdiction. Appellant's appointed counsel has filed a

response acknowledging this court lacks appellate jurisdiction over this appeal. Because appellant is seeking to appeal from an order altering or modifying community supervision conditions for which this court does not have jurisdiction, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH